NO. 2008-CR-9408-W2

73,971-05

EX-PARTE                          IN THE DISTRICT COURT

RECEIVED IN
175TH COURT OF CRIMINAL APPEALS
OCT 14 2015
Abel Acosta, Clerk

STEVEN M. GARY                    175TH JUDICIAL DISTRICT
                                  BEXAR COUNTY, TEXAS

MEMORANDUM OF LAW

IN RESPONCE to the ORDER ISSUED ON 8·25·15 by Judge Mary Roman 175th Judicial DISTRICT Court BEXAR County. Texas

APPLICANT ON OR about 8·20·09 Pled Nolo Contendere to the offence of possesion of a controlled Substance less than 1 (GRAM) habitual.

Habitual offender statute can't be used to enhance state Jail Felony Primary offence when sentence would be otherwise governed by statutory provisions setting limits on term of confinement and fine for Individual Convicted of state Jail Felony. HENRY V. STATE (APP 1 DISTRICT 1996) 916 S.W.2d 57.

NON aggravated felony that was enhanced to Second degree felony for punishment due to defendants two PRIOR felony Convictions was not subject to further Enhancement under habitual offender provisions applicable to felony offenses other than NON aggravated felony. STATE V. Webb CCR APP. 2000 12 S.W. 3d 808. 12.35 Habitual Offender.

CONCLUSION, applicant was sentenced illegally and Request all Relelf he IS ENTITLED TO.

Respectfully Submitted

STEVEN M. GARY
No. 900827
200 N. Comal AD27
San Antonio, Tx 78207